No. 521. WOOLWINE METAL PRODUCTS COMPANY v. WILLIS J. BOYLE, SR. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frederick S. Lyon* for petitioner. *Mr. John H. Miller* for respondent.

No. 523. MANUEL BISKIND v. UNITED STATES. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ben B. Wickham* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 524. SAMUEL REMBRANDT v. UNITED STATES. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ben B. Wickham* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. F. G. Wixson* for the United States.

No. 527. WHITING MANUFACTURING COMPANY v. ALVIN SILVER COMPANY, INC. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Livingston Gifford, Mr. Robert C. Beatty* and *Mr. Hugo Mock* for petitioner. *Mr. Charles Neave* for respondent. *Mr. Harry D. Nims* and *Mr. Robert Ramsey,* by leave of court, as *amici curiae. Mr. William J. Hughes, Mr. Otto A. Schlobohm* and *Mr. William J. Hughes, Jr.,* by leave of court, as *amici curiae.*

No. 531. HARRY O. PHILLIPS. v. PENNSYLVANIA RAILROAD COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh